PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 24 2007

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Toby Wayne Harper | Case Number: 4:98CR00249-001 WRW |
| Name of Sentencing Judicial Officer: | Honorable William R. Wilson, Jr. United States District Judge |
| Offense: | Possession with intent to distribute methamphetamine |
| Date of Sentence: | April 28, 1999 |
| Sentence: | 57 months Bureau of Prisons, 36 months supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment |
| | October 22, 2004: Revocation: 12 months Bureau of Prisons, 12 months, supervised release, mandatory drug testing, and substance abuse treatment. |
| Type of Supervision: Supervised release | Date Supervision Commenced: February 16, 2007  Expiration Date: February 15, 2008 |
| Asst. U.S. Attorney: Kevin Alexander | Defense Attorney: Jim Clouette |
| U.S. Probation Officer: Selina M. Earsa  Phone No.: 501-604-5258 | |

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall participate and reside in a Residential Reentry Center up to six months. He will participate in the life skills program and provide drug screens at the direction of the U.S. Probation Office.**

### CAUSE

Mr. Harper's original term of supervised release was revoked on October 22, 2004, due to felony charges, failure to report for drug testing, failure to attend treatment, and failure to report to the probation office. His term commenced on February 16, 2007. He was referred to weekly group substance abuse treatment sessions with the Recovery Centers of Arkansas on February 27, 2007. As previously reported to the Court, due to noncompliance consisting of marijuana and alcohol use his treatment was amended to include one individual session per month on April 26, 2007.

Case 4:98-cr-00249-BRW   Document 32   Filed 07/24/07   Page 2 of 4

Prob 12B                                -2-                    Request for Modifying the
                                                              Conditions or Terms of Supervision
                                                              with Consent of the Offender

Name of Offender: Toby Wayne Harper                           4:98CR00249-001 WRW

As previously reported to the Court, due to continued marijuana use, failure to report for drug testing, and failure to attend treatment an administrative staffing was conducted on June 18, 2007, with Mr. Harper present. At this time, he admitted to having a problem with marijuana and also admitted he failed to schedule and attend individual sessions. He requested to be given 30 days to demonstrate compliance. He was re-instructed to remain drug and alcohol free, to report for drug testing, and to attend each individual and group substance abuse session. He was also advised to enter the 12-step program and obtain a sponsor. On July 2, 2007, he submitted a urine specimen which was confirmed by Kroll Laboratories to be positive for marijuana metabolite, and he denied the drug use.

On July 16, 2007, Mr. Harper reported to the probation office to discuss his recent violations. He agreed to have his term of supervised release modified to include a residential reentry center placement for up to six months. He signed the attached PROB 49, waiving his right to a hearing. His attorney, Jim Clouette, was present during this discussion and is in agreement with this modification.

Selina M. Earsa
U.S. Probation Officer

Date: July 19, 2007

Kevin Alexander
Assistant U.S. Attorney

Date: 7-23-07

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

7/24/07
_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:
Rebecca Fuper
Supervising U.S. Probation Officer

SME:khm

c:  Defense Attorney, Jim Clouette, 221 W. 2nd St., Ste. 923 Little Rock, AR 72201
    Assistant U.S. Attorney, Kevin Alexander, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate and reside in a Residential Reentry Center for up to six months. He will participate in the life skills program and provide drug screens at the direction of the U.S. Probation Office.**

Witness: Selin M. Panse  Signed: John Harper
U.S. Probation Officer        Probationer or Supervised Releasee

7-16-07
DATE

x Jim C peete